JENNIE M. PERRY, Appellant, *v.* JOHN S. KENT et al., Respondents.

*Perry* v. *Kent*, 88 Hun, 407, affirmed.
(Submitted November 30, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fourth judicial depart-

ment, entered July 10, 1895, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Howard C. Wiggins* for appellant.

*Jones & Townsend* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent, and MARTIN, J., not sitting.